[Nos. 15429-3-II; 15513-3-II.   Division Two.   July 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON LEROY McGAUTHA, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 90-1-01020-1, Robert L. Harris, J., entered Octo-

ber 10, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Swanson and Wieland, JJ. Pro Tem.